IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-02091-MSK-OES

JEFFREY SCOTT DURHAM, and on behalf of all other similarly situated inmates at the United States Penitentiary - ADX at Florence, Colorado, a class,

        Plaintiff,

v.

HARLEY G. LAPPIN,
HARRELL WATTS,
G. L. HERSHBERGER,
MICHAEL K. NALLEY,
ROBERT A. HOOD,
C. CHESTER,
J. ZUERCHER,
L. BRAREN,
T. SUDLOW,
MARK COLLINS,
T. G. WERLICH,
MR. BARBEE, and
RANDY MADISON,

        Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It is now

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a summons and a copy of the following documents upon each Defendant:

    (1) the Complaint **(#3)**, including all attachments thereto;

    (2) the Motion for a Preliminary Injunction **(#6)**;

    (3) the Declaration Under Penalty of Perjury of Jeffrey Scott Durham **(#7)**;

    (4) the Declaration Under Penalty of Perjury of Jeffrey Scott Durham **(#8)**; and

    (5) the Order Denying Motion for Temporary Restraining Order (issued this same date).

All costs of service shall be advanced by the United States.

    Dated this 30th day of November, 2005

                               **BY THE COURT:**

                               *[signature: Marcia S. Krieger]*

                               Marcia S. Krieger
                               United States District Judge