IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02091-MSK-OES

JEFFREY SCOTT DURHAM, and on behalf of all other similarly situated inmates at the United States Penitentiary - ADX at Florence, Colorado, a class,

        Plaintiff,

v.

HARLEY G. LAPPIN,
HARRELL WATTS,
G. L. HERSHBERGER,
MICHAEL K. NALLEY,
ROBERT A. HOOD,
C. CHESTER,
J. ZUERCHER,
L. BRAREN,
T. SUDLOW,
MARK COLLINS,
T. G. WERLICH,
MR. BARBEE, and
RANDY MADISON,

        Defendants.

## ORDER DENYING MOTION FOR SERVICE (#15), AS MOOT

THIS MATTER comes before the Court on the Plaintiff's "Motion for an Order for Court Appointed Service Under 28 U.S.C. § 1915(d) and Rule 4(c)(2)" **(#15)**. The Court has already issued an order **(#14)** granting service by the United States Marshal. Therefore,

**IT IS ORDERED** that the Plaintiff's motion **(#15)** is **DENIED**, as moot.

Dated this 9th day of December, 2005

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge