IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02091-MSK-MEH

JEFFREY SCOTT DURHAM, and on behalf of all other similarly situated inmates at the United States Penitentiary - ADX at Florence, Colorado, a class,

       Plaintiff,

v.

HARLEY G. LAPPIN,
HARRELL WATTS,
G. L. HERSHBERGER,
MICHAEL K. NALLEY,
ROBERT A. HOOD,
C. CHESTER,
J. ZUERCHER,
L. BRAREN,
T. SUDLOW,
MARK COLLINS,
T. G. WERLICH,
MR. BARBEE, and
RANDY MADISON,

       Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

    The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **June 21, 2006 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars*.

    The parties shall be prepared to address whether a hearing should be set on the motion for

a preliminary injunction **(#6)**.  The Plaintiff may appear at this hearing by telephone.  Due to other matters scheduled before or at the same hearing time, a telephonic hearing may be delayed.  To appear telephonically, the Plaintiff shall make arrangements with his case manager and shall contact Maureen Nelson at **303-335-2185** no later than two court days before the hearing.

Dated this 6th day of June, 2006

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge