IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02091-MSK-MEH

JEFFREY SCOTT DURHAM,

        Plaintiff,

v.

HARLEY G. LAPPIN,
HARRELL WATTS,
G. L. HERSHBERGER,
MICHAEL K. NALLEY,
ROBERT A. HOOD,
C. CHESTER,
J. ZUERCHER,
L. BRAREN,
T. SUDLOW,
MARK COLLINS,
T. G. WERLICH,
MR. BARBEE, and
RANDY MADISON,

        Defendants.

---

## ORDER REGARDING SCHEDULING

---

THIS MATTER came before the Court for a law and motion hearing on June 21, 2006.

At the hearing, the Court bifurcated the trial of Claims 1 through 3 from the trial of Claim 4.

Therefore, the Magistrate Judge is directed two issue two scheduling orders in this case, one

governing Claims 1 through 3, and the other governing Claim 4.

**IT IS SO ORDERED**.

Dated this 22nd day of June, 2006

BY THE COURT:

Marcia S. Krieger
United States District Judge