IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02091-MSK-MEH

JEFFREY SCOTT DURHAM,

    Plaintiff,

v.

HARLEY G. LAPPIN,
HARRELL WATTS,
G. L. HERSHBERGER,
MICHAEL K. NALLEY,
ROBERT A. HOOD,
C. CHESTER,
J. ZUERCHER,
L. BRAREN,
T. SUDLOW,
MARK COLLINS,
T. G. WERLICH,
MR. BARBEE, and
RANDY MADISON,

    Defendants.

## ORDER DISMISSING CLAIMS AND
## DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

THIS MATTER comes before the Court on the Plaintiff's Motion for Dismissal **(#76)**. He states that he no longer desires to pursue the claims in this action and seeks dismissal of all claims. Based thereon,

**IT IS ORDERED** that the motion **(#76)** is **GRANTED**. The Plaintiff's claims are

dismissed, without prejudice. The Clerk of Court is directed to close this case.

Dated this 18th day of July, 2006

              **BY THE COURT:**

              */s/ Marcia S. Krieger*
              _____

              Marcia S. Krieger
              United States District Judge